**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Natural Pork Production II, LLP**                                  Case No.  **12-02872-als11**

          Debtor(s)

**Amended Motion to Sell Free & Clear   (#363)**

**ORDER**
(date entered on docket: April 19, 2013)

**It is hereby ORDERED that:**

The Motion is approved under the terms and conditions contained in the Amended Motion.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: