**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Natural Pork Production II, LLP**  Case No. **12-02872-als11**

Debtor(s)

May 1, 2013 Hearing on:
**Motion to Sell Free & Clear (#336), Amended Motion (#363)**

Appearances were noted on the record.

Witnesses:   Michael Fixler
   Lawrence Handlos

Exhibits:   Debtor's Exhibit NPPII Auction Bid Summary
   Debtor's Exhibit NPPII Marketing Summary (5-1-13)

**ORDER**
(date entered on docket: May 2, 2013)

Based upon the record,

**It is hereby ORDERED that:**

   The Debtor shall submit a proposed order on the Motion to Sell Free and Clear on or before May 8, 2013.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: