# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:

**Natural Pork Production, II, LLP**

Case No. **12-02872-als11**

Debtor(s)

### ORDER APPROVING CONSENT ORDER
(date entered on docket: September 17, 2013)

Having reviewed the Consent Order submitted by the parties and filed at docket number 509, the docket, and all relevant documents, the Court hereby FINDS that:

(1) No timely objections were filed pursuant to the Notice of Hearing filed at docket numbers 469 and 493.

(2) The requirements of 11 U.S.C. section 363 have been established for the sale free and clear of liens.

IT IS HEREBY ORDERED that:

(1) Based upon the representations made by the parties, the exhibits and support documents, the Consent Order is approved without the necessity of hearing.

(2) Pursuant to the conditions set forth in the Consent Order, exhibits thereto and the support documents, the motion to sell free and clear is granted.

(3) The hearing scheduled for September 20, 2013 is cancelled.

/s/ Anita L. Shodeen
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case.
☐ Others: