**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Natural Pork Production II, LLP**                                  Case No. **12-02872-als11**

        Debtor(s)

**April 4, 2014** Hearing on:
**Disclosure Statement (#564) as amended by (#660) Objection (#658) and Response (#662)**

Appearances were noted on the record.

**ORDER**
(date entered on docket: **April 4, 2014**)

Based upon the dockets and filed documents in this bankruptcy case and other affiliated or relevant filings and the statements made by counsel at the time of hearing

**It is hereby ORDERED that:**

1. The Objection to the Disclosure Statement filed at docket number 564 is sustained.

2. The Disclosure Statement as amended and filed at docket number 660 does not contain adequate and sufficient information and therefore is not approved.

3. Further amendments to the Disclosure Statement or Plan are deferred pending the outcome of pending litigation.

4. The Court will schedule a status conference after judgment is entered in Adversary Proceeding Number 12-30098 to address the timing of further amendments to the disclosure statement and plan.

5. Today's record shall constitute the Court's findings and conclusions pursuant to Bankruptcy Rules 7052 and 9014.

    /s/ Anita L. Shodeen
    Anita L. Shodeen
    U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: